UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Groton Dunstable
Regional School District
        Plaintiff,                  CIVIL ACTION
                                                 NO.  05-10978-PBS
    v.

Laidlaw Transit, Inc.
        Defendant.


**NOTICE OF MOTION HEARING**


SARIS, U.S.D.J.                                                                             May 25, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Request for Preliminary Injunction on **June 15, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

NOTE: the Scheduling Conference previously set for July 7, 2005, will also take place on June 15, 2005, at 2:00 p.m..


                                                                                  By the Court,


                                                                                   _/s/ Robert C. Alba_
                                                                                    Deputy Clerk


Copies to:  All Counsel