UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GROTON DUNSTABLE REGIONAL SCHOOL DISTRICT<br><br>Plaintiff<br><br>v.<br><br>LAIDLAW TRANSIT, INC.<br><br>Defendant | Civil Action No. 05-10978-PBS |

## JOINT SCHEDULING CONFERENCE MEMORANDUM PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Notice of Scheduling Conference issued by this Court dated May 12, 2005 and revised May 25, 2005, the parties submit this Memorandum in anticipation of the Scheduling Conference that will take place at 2:00 p.m. on Wednesday, June 15, 2005.

### I. Certification of Rule 26(f) Conference

The Plaintiff and the Defendant certify that beginning on or about June 6, 2005, they conferred, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, to (a) prepare an agenda of matters to be discussed at the scheduling conference, (b) prepare a proposed pretrial schedule for the case that includes a plan for discovery, and (c) consider whether they will consent to a trial by magistrate judge. These matters are discussed separately below.

1

II. **Settlement Proposals**

The parties have exchanged its written settlement proposals, and have discussed the same.

III. **Agenda for Scheduling Conference**

The agenda of matters to be discussed at the scheduling conference shall include: (1) discovery, (2) stipulation with respect to the facts, (3) advanced summary judgment, and (4) limited discovery (to clean-up any facts not stipulated).

IV. **Joint Statement of Proposed Pretrial Schedule**

The parties have agreed to the following proposed motion and discovery schedule:

A. **Proposed Joint Discovery Plan**

Inasmuch as the parties believe that the need for discovery is minimal, the parties propose that all discovery in accordance with the Federal Rules of Civil Procedure and Local Rule 26.1(C) be completed by September 15, 2005. Defendant intends: (1) to propound one set of contention interrogatories and a parallel request for production; (2) notice a Rule 30(b)(6) deposition; and (3) notice depositions of the three plaintiff's witnesses that have already submitted affidavits (Mary Athey Jennings, Ph.D., Mary E. Irelan, and Richard U. Staub, M.D.).

Inasmuch as defendant does not anticipate the need for expert discovery, it reserves the right to conduct expert discovery, and proposes that any expert discovery, including depositions, shall be completed by September 15, 2005.

Plaintiff proposes to propound one set interrogatories, not to exceed 25, and a parallel request for production of documents, and Rule 30(b)(6) deposition of the defendant on the following matters: the management of the contract with Groton-Dunstable, the supervision and direction of the work of the bus drivers, and the daily duties of the bus drivers employed by the Defendant to fulfill its contractual obligations to the plaintiff.

Although the plaintiff does not anticipate the need for expert discovery, it reserves the right to conduct expert discovery, and proposes that its expert discovery, including expert depositions, shall be completed by September 15, 2005.

### B. Proposed Schedule for Filing of Motions

Because defendant believes there are very few controverted issues of fact, the parties would like to file summary judgment motions by October 15, 2005.

The Plaintiff and Defendant expressly reserve their right to request, either jointly or individually, that the Court alter the deadlines set forth in this section IV as circumstances may change.

### V. Consideration of Consent to Trial by Magistrate Judge

At this time, the parties have not agreed to a trial by magistrate judge. The parties wish to reserve the right to consider this option in the future.

BS199 1461446-2 071300 0012

## VI. Rule 16.1(D)(3) Certification

The parties' certifications required by Local Rule 16.1(D)(3) are being submitted separately.

| | |
|---|---|
| **GROTON-DUNSTABLE REGIONAL SCHOOL DISTRICT**<br>**By its Attorneys,** | **LAIDLAW**<br>**By its attorney,** |
| /s/<br>Rosann DiPietro, Esq. (BBO#556685)<br>Long & Long<br>21 McGrath Highway, Suite 306<br>Quincy, MA 02169<br>(617) 773-9400 | /s/<br>James J. Marcellino (BBO#318840)<br>McDermott, Will & Emery<br>28 State Street<br>Boston, MA 02109<br>(617) 535-4000 |
| /s/<br>Howard L. Greenspan, Esq.<br>(BBO#210420)<br>220 Broadway, Suite 204<br>Lynnfield, MA 01940<br>(781) 598-4545 | |

4