UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GROTON DUNSTABLE<br>REGIONAL SCHOOL DISTRICT )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>LAIDLAW TRANSIT, INC. )<br>)<br>Defendant )<br>) | Civil Action No. 05-10978-PBS |

### DEFENDANT LAIDLAW TRANSIT, INC.'S
### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3) and the Court's Notice of Scheduling Conference dated June 15, 2005, an authorized representative of the defendant Laidlaw Transit, Inc. and the undersigned counsel hereby certify that they have conferred:

(a)    With a view to establishing a budget for the cost of conducting the full

course - - and various alternative courses - - of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

> Respectfully submitted,
> LAIDLAW TRANSIT, INC.,
> By its attorney,
>
> /s/
> _____
> James J. Marcellino (BBO#318840)
> McDERMOTT, WILL & EMERY
> 28 State Street
> Boston, MA 02109
> (617) 535-4000

LAIDLAW TRANSIT, INC.

By: _____
    Name:    Beverly Wyckoff
    Title:    Vice President and General Counsel
            Laidlaw Education Services
            55 Shuman Avenue
            Naperville, IL  60563

DATED:  June 10           , 2005

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I have caused to be served a true and correct copy of the Defendant Laidlaw Transit, Inc.'s Certification Pursuant to Local Rules 16.1(D)(3), by mail upon plaintiff's counsel as follows:

>Rosann DiPietro, Esq.
>LONG & LONG
>21 McGrath Highway, Suite 306
>Quincy, Massachusetts 02169
>Howard L. Greenspan, Esq.
>220 Broadway
>Lynnfield, MA 01940

>/s/
>James J. Marcellino, Esq.

Dated: June 10, 2005