# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GROTON DUNSTABLE REGIONAL SCHOOL DISTRICT** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **Civil Action No. 05-10978-PBS** |
| **v.** ) | |
| ) | |
| **LAIDLAW TRANSIT, INC.** ) | |
| ) | |
| **Defendant** ) | |

## DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION

## TO PRELIMINARY INJUNCTION

The Defendant respectfully submits this memorandum to clarify key points that were argued at the hearing of the Plaintiff's Motion for Preliminary Injunction held on June 15, 2005.

## THE TIMING

The Plaintiff knew in late 2004 that there might be a brewing legal controversy. It was not until May 5, 2005 that the Plaintiff put this matter before the courts by filing a complaint in the state court.

The school year in Groton Dunstable Regional School District (the "School District") is over on Wednesday, June 22, 2005. It seems to be an empty gesture to seek to train school bus drivers within a day or two of the end of the school year.

1

## THE CONTRACT

**A.    The Contract does not require the Defendant to be trained in First Aid.**

Neither the School District's Invitation for Bid, Laidlaw's bid submission, nor the two-page Student Transportation Contract, which collectively comprise "the Contract", contain any requirement or promise that Laidlaw be trained to administer First Aid.

The Contract requires that Laidlaw satisfy all state statutes and regulations (see Invitation to Bid at Page 4, paragraph 2.03). There is no state statute or regulation that requires school bus drivers be trained to administer First Aid. Plaintiff's counsel mis-spoke at the hearing when they stated that the Contract requires Laidlaw to be trained in First Aid. A reading of the plain language of the Contract leads to the opposite position.

**B. The Contract does not require the school bus First Aid kits to contain epi-pens.**

Neither the Invitation for Bid nor the Student Transportation Contract mentions the phrase "First Aid kit"; however, the Contract states that Laidlaw must comply with all Massachusetts statutes and regulations. The Massachusetts motor vehicle statute, at M.G.L. 90, § 7B(13), requires that school buses be equipped with First Aid kits. Laidlaw complies with that statute. The Massachusetts motor vehicle regulations, at 540 CMR 7.06(2), require school buses to carry First Aid kits, and specifies the contents, and in some cases, the number of and dimensions of particular contents. Laidlaw again complies.

2

Epi-pens are not listed, however, among the required contents of First Aid kits. This makes sense because epinephrine is prescribed by a physician, is dispensed only with a prescription, and is maintained by the affected child (typically stored in the child's backpack or school satchel). Since the child carries his or her own epi-pen, there is no need to carry an epi-pen on the bus. What's more, since one of two dosages is prescribed depending on the child's size, it would not necessarily be a simple matter for the bus driver to know which epi-pen in a hypothetical First Aid kit should be administered to the child.

**C.     The Contract does not require that Laidlaw employees be trained in the administration of epi-pens and to actually administer epinephrine to children on school buses experiencing life-threatening allergies.**

The three portions of the Contract are silent on this point. The School District never asked for it, and Laidlaw never offered it. The Plaintiff admits this point in its memorandum in support of Preliminary Injunction on page 14. As previously stated, the Contract requires Laidlaw to comply with all applicable state statutes and regulations, and there is no statute or regulation requiring Laidlaw to be trained in, or to administer epi-pens. There is a state regulation for school personnel to be trained in and to administer epi-pens, but only if a school district voluntarily chooses to participate in a program of licensing unlicensed school personnel to do so.

## THE TRAINING

To elucidate the facts in regard to training of school bus drivers, Ms. Henny Clark, a Laidlaw dispatcher with the School District, submitted her affidavit (a copy of

3

which is attached hereto as Attachment A). Two key points may be derived from Ms. Clark's statements under oath:

- The school nurse never specifically stated that she expected Laidlaw personnel to actually administer an epi-pen in an emergency, and

- The breadth and quality of the training strongly suggest that the School District never expected bus drivers to administer epi-pens in an emergency.

The first point is self-explanatory (see Affidavit at page 3, paragraphs 13, 14 and 15). The second point requires further explanation as follows.

Based on Henny Clark's affidavit, it appears to us that Laidlaw received a most condensed version of epinephrine training. Instead of receiving a complete 2-hour course as specified in the school nurse's affidavit (attached hereto as Attachment B), Laidlaw personnel received only a 20- to 30-minute course. This is hardly the level of robustness one would expect if anyone seriously expected bus drivers to intelligently address a life-threatening condition. As Ms. Clark testified, she is not comfortable with the thought of administering epinephrine and would have liked more training.

It would also appear that the objectives of the school nurse's course could not possibly be met in full for bus drivers. See Objective 3 at Attachment B, page 1. Objective 3 requires personnel to "accurately identify student for whom the epinephrine is prescribed". In addition, the very first step under "How to Administer", at Attachment B, page 2, states "1. Check to identify: right student (e.g., use photo on student's emergency plan". Considering that all the affected children were not identified in training, and half of the Emergency Care Plans do not include a photograph of the

4

affected children, the bus drivers, especially the substitute bus drivers, will be unable to "identify right student".

Page 2 of Attachment B recommends that the "selected unlicensed school personnel" meet with the school nurse *and parents, if possible*". According to Ms. Clark, no effort was made by the School District whatsoever to introduce the bus drivers to the affected students or their parents. Part II of the nurse's program is entitled "Development of a partnership between the trained unlicensed school personnel and the student with an allergic reaction". This portion of the program specifically recommends that the school personnel and affected child meet and know how to identify each other (see Attachment B, page 4). This appears to be a significant portion of the School District's training, but it was excluded for bus drivers.

Nurse Irelan's training materials include a page entitled "Severe Allergic Reactions: Instructions for Bus Drivers". See Page 8 of Attachment B. The third sentence states that the bus driver should "be aware which student on your bus has a severe allergy....". Again, the School District did not work with the bus drivers to clearly identify the students. More importantly, the third bullet on the page states:

> If you think any child is having a severe reaction follow your bus company's protocols for First Aid.

Laidlaw's protocol for any emergency is for the school bus driver to call the dispatcher, who in turn will call 911, and not to administer epipephrine. The dispatcher calls 911.

In addition, the Plaintiff's training course does not appear to comply with state regulations. A school system may voluntarily decide to enroll in the program to train its

unlicensed school personnel in the administration of epinephrine. If the school system or district registers with the Massachusetts Department of Public Health, it must then comply with 105 CMR 210.100, "Administration of epinephrine". 105 CMR 210.100(A)(4)(b) requires:

> The designated school nurse leader or responsible school nurse, or a designee, shall provide training review and informational update at least twice a year.

Based on the Nurse Irelan's affidavit, the school bus drivers received training once per year and did not receive the required training review or information update at least twice a year, each year, after the annual training.

Simply put, the lack of competence in the bus drivers' ability to provide medical attention in the nature of First Aid or otherwise, is the result, at least in part, of failures by the Plaintiff.

## THE LAW

At the hearing on the Plaintiff's Motion for Preliminary Injunction that was held on Wednesday, June 15, 2005, this Court referred to the phrase "course of dealings" on several occasions and did so in the context of determining, on a preliminary basis, that the term "First Aid" in this action included supplying epinephrine or, as the medication is sometime known, epi-pens, and that the "course of dealing" warranted the imposition of an obligation to administer epi-pens on the part of school bus drivers.

On the record to date, the evidence is uncontroverted that school bus drivers in the employ of the Defendant attended First Aid training conducted by a nurse in the employ

6

of the Plaintiff until approximately December 13, 2003. What is controverted is whether such training affected, legally, the written contract between the parties.

In the first place, under the subject contract, the First Aid kits on the buses never contained epi-pens, nor should they. Epinephrine is a prescription drug. In a real sense, it is in a different class from those items that would ordinarily be found in a First Aid kit, and is, as has been set forth on the record to date, not among the mandated items to be included in the First Aid kit under applicable Massachusetts regulations.

The epi-pens that <u>might</u> be administered on a school bus are epi-pens that are purchased by, and in the possession of the children being transported. That has always been the case, and not surprisingly. There is a different level of medication appropriate for each student. One size, in a real sense, does not fit all in this context.

By permitting its bus drivers to attend training in epi-pens conducted by the Plaintiff's nurse, the Defendant did not engage in such a "course of dealing" as would warrant a finding that the Defendant had assumed any obligation to administer epi-pens on school buses. Such course of dealing, to the extent that it were an aid in construing ambiguous language in the contract between the parties, does not result in an actual modification of the contract. The apparent assertion by the Plaintiff, however, is that by permitting its bus drivers to attend the epinephrine training, the Defendant agreed to a modification of the contract between the parties that now requires the bus drivers to administer epinephrine, apparently in the case of emergency on the school bus. Such a leap of faith is not warranted by the facts or the law.

According to the Restatement (Second) of Contracts §223, the term "course of dealing" refers to "previous conduct" between parties to an agreement that gives meaning

7

to, and even qualifies the agreement, unless otherwise agreed. Section 223 reads as

follows:

> (1)  A course of dealing is a sequence of previous conduct between the
> parties to an agreement which is fairly to be regarded as establishing a
> common basis of understanding for interpreting their expressions and
> other conduct.
>
> (2)  Unless otherwise agreed, a course of dealing between the parties gives
> meaning to or supplements or qualifies their agreement.

The Comment to §223 reads as follows:

> b.  *Common basis of understanding.*  Course of dealing may become part
> of an agreement either by explicit provision or by tacit recognition, or it
> may guide the court in supplying an omitted term.  Like usage of trade, it
> may determine the meaning of language or it may annex an agreed but
> unstated term.  There is no requirement that an agreement be ambiguous
> before evidence of a course of dealing can be shown, nor is it required that
> the course of dealing be consistent with the meaning the agreement would
> have apart from the course of dealing.

The term "course of conduct" generally refers to the behavior of the

parties after the agreement is executed.  The term "course of conduct" is not an official

entry in the Restatement (Second) of Contracts or in the major treatises on contracts, but

it is sometimes referred to in the explanations and footnotes[1].  In the Massachusetts

courts, the term – when it is used – commonly refers to "conduct subsequent to the

contract." *Berry v. Worcester,* 1998 Mass. Super. LEXIS 562.  See also *Fenoglio v.*

*Augat, Inc.,* 50 F. Supp. 2d 46, 52 (D. Mass. 1999).

In *KBQ, Inc. v. E.I. Du Pont De Nemours,* 6 F. Supp. 2d 94, 99 (D. Mass. 1998),

this Court, applying Delaware law, found as follows with regard to a "subsequent course

of conduct".

---

[1] For example, in Corbin on Contracts §24.1 ("Rules of Interpretation"), footnote 2 cites a case that
describes "course of conduct" as referring to conduct subsequent to an agreement.

8

The subsequent course of conduct must be of "such specificity 'as to leave no doubt of the intention of the parties to change what they previously solemnized by formal document.'" Haft v. Dart Group Corp., 841 F. Supp. 549, 568 (D. Del, 1993) (quoting Reeder v. Sanford Sch., Inc., 397 A.2d 139, 141 (Del. Super. Ct. 1979)). [HN3] A subsequent course of conduct must explicitly address [**14] the contract provision in order to modify the parties' agreement. Cf., e.g., Pepsi-Cola Bottling Co. v. Pepsico, Inc., 297 A.2d 28, 32-34 (Del. 1972) (holding that acquiescence in price increases beyond the written contractual term constituted a valid modification of the contract).

As set forth in the Defendant's previously filed papers, there are no epi-pens on the bus in the immediate control of the bus drivers. There is no epi-pen in the First Aid kit on the buses. The epi-pens are in the possession of the individual students. All that has occurred during the contract term is training of bus drivers in the use of epi-pens. There have been no incidents involving actual administrating of an epi-pen by a school bus driver. Simply put, here there are no facts post-contract formation that warrant the conclusion that the contract between the parties has been modified to require the bus drivers to administer epi-pens.

Respectfully submitted,

LAIDLAW TRANSIT, INC.
By its attorneys,

  /s/
James J. Marcellino, Esq.
Alexander Howard, III, Esq.
McDermott Will & Emery, LLP
28 State Street
Boston, MA 02109
(617) 535-4000

Attachments:

A    Affidavit of Henny Clark
B    Attachments to Affidavit of Mary Irelan

9

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I have caused to be served a true and correct copy of

the Defendant's Supplemental Memorandum in Opposition to Preliminary Injunction, by

facsimile and hand delivery upon plaintiff's counsel as follows:

> Rosann DiPietro, Esq.
> LONG & LONG
> 21 McGrath Highway, Suite 306
> Quincy, Massachusetts 02169
>
> Howard L. Greenspan, Esq.
> 220 Broadway
> Lynnfield, MA 01940

James J. Marcellino, Esq.

Dated:  June 17, 2005

# McDermott
# Will & Emery

Boston  Brussels  Chicago  Düsseldorf  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington. D C

James J  Marcellino
Attorney at Law
jmarcellino@mwe com
617 535 4045

VIA ELECTRONIC TRANSMITTAL

June 17, 2005

Christine Patch, Docket Clerk
for the Honorable Patti B. Saris
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    Groton Dunstable Regional School District v. Laidlaw Transit, Inc.
       Civil Action No. 05-10978-PBS

Dear Ms. Patch:

Enclosed for filing is Defendant's Supplemental Memorandum in Opposition to Preliminary
Injunction, which includes the affidavit of Laidlaw dispatcher Henny Clark.

Thank you for your thoughtful courtesy.

Sincerely,

James J. Marcellino

JJM/bw

cc:    Rosann DiPietro, Esq.
       Howard L. Greenspan, Esq.
       Beverly Wyckoff, Esq.

BST99 1462598-1 071300 0012

# ATTACHMENT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GROTON DUNSTABLE**<br>**REGIONAL SCHOOL DISTRICT**   )<br>           )<br>     **Plaintiff**      )<br>           )<br>**v.**                      )<br>           )<br>**LAIDLAW TRANSIT, INC.**    )<br>           )<br>     **Defendant**    )<br>           ) | **Civil Action No. 05-10978-PBS** |

## AFFIDAVIT OF HENNY CLARK

I, Henny Clark, hereby depose and state the following:

1.     I have worked for Laidlaw Transit, Inc. ("Laidlaw") since 1998. I am Laidlaw's primary school bus dispatcher for the Groton Dunstable Regional School District (the "District") from 2000 to 2003. I am currently a dispatcher and spare bus driver for the District.

2.     I attended the epinephrine training held by the District's school nurse, Mary Irelan, three times, in approximately 2000, 2002, and 2003. The training occurred in the Fall, after the start of the school year, in a meeting room in one of the District's school buildings.

3.     The training occurred one time in any given year, and lasted for approximately 20 to 30 minutes.

4.     There were no follow-up courses in a given year, or any other sort of "refresher" training provided or "refresher" materials distributed by the District.

1

5.      The nurse arranged for the training by calling me, as the dispatcher, with a request if all the school bus drivers could get together so she could give a demonstration for those children who had allergies to certain foods, insects, or other allergens.

6.      She never referred to the training as "First-Aid training".

7.      As many regular and substitute school bus drivers would attend as possible, regardless of whether children with allergies rode a driver's particular bus. Out of approximately 25 drivers that could attend, I recall classes that were attended by approximately 22 drivers. In other words, most of the drivers attended the training.

8.      The nurse started the training by identifying herself as the school's nurse. The nurse reviewed briefly how to handle children with bloody noses. The nurse then jumped into the epinephrine training.

9.      The nurse then explained that there were students with different allergies, some allergies being worse than others. The nurse briefly reviewed the symptoms that children with anaphylactic shock could have. The discussion of symptoms was brief.

10.     The nurse then pulled out an orange, explained why she had the orange, explained the importance of the epi-pen, and then showed us how to inject the orange with the epi-pen.

11.     One by one, the Laidlaw personnel would go up to the nurse, and practice using the epi-pen on the orange. The nurse would watch each Laidlaw staff person closely and if they did not use the epi-pen correctly, she would have that individual try again. Generally, people did not have trouble using the epi-pen.

12.     The nurse explained that she was teaching use of the epi-pens in case of emergency. The nurse indicated that approximately 95% or so of the students with

2

allergies, carry their own epi-pens on the school bus and were trained themselves on when and how to use the epi-pens.

13.     The nurse said that she was offering the course to the bus drivers so that the drivers would be aware that we are transporting children with allergy problems, and, in fact, if a student could not help themselves, the driver could step in and help the student if the driver felt comfortable.

14.     The nurse never said in words or substance that she expected the drivers to administer the epi-pen.

15.     The nurse never said in word or substance that she expected the bus drivers to administer the epi-pen to small children that were scared to do it themselves. Rather, the nurse made it clear that drivers would do it only if they were comfortable doing it.

16.     The nurse instructed us that, in case of emergencies, the bus drivers should call the dispatcher.

17.     When the dispatcher receives a call from a bus driver regarding an emergency, the dispatcher calls 911. The dispatcher also contacts the child's parents and the District.

18.     The nurse never specified whether the training for the bus drivers differed from that for other types of people, such as teachers.

19.     I do not believe that the nurse distributed an outline of her course. The nurse did not distribute a sample Emergency Care Plan to each driver. The nurse brought in the actual Emergency Care Plans that she had available at that time and the drivers could look at them.

3

20.    The nurse did not review the names of all the children with allergies that carry epi-pens, have Emergency Care Plans, and are transported on school buses.

21.    Near the end of the training, the nurse distributed the Emergency Care Plans that she had to the bus drivers of the particular children covered by each Emergency Care Plan.

22.    The nurse did not distribute real or fake epi-pens. The nurse said that the children have their own epi-pens.

23.    The nurse did not ask the bus drivers to keep an epi-pen in the bus's First Aid kit. The subject of First Aid kits was not discussed.

24.    In past years, the nurse provided us with a handout by Dey Pharmaceutical, the manufacturer of epi-pens and also a handout about food allergy basics.

25.    I do not recall if liquid benadryl was discussed.

26.    Videos were not shown during the training.

27.    The nurse told us to inject the epi-pen only in the thigh. The nurse did not discuss the effects of injecting the epi-pen in the hands or feet.

28.    At the end of the class, the nurse thanked us all for our participation and explained that she would follow up with the dispatcher (me) about providing the other Emergency Care Plans that were still being updated and reviewed. The nurse did provide those outstanding Emergency Care Plans to me to later distribute.

29.    The Emergency Care Plans are provided to drivers that drive children with allergies, and the driver is expected to keep the Plan on the bus, either with the registration papers or in the First Aid kit.

4

30.    I do not recall the exact number of Emergency Care Plans in circulation on our buses but believe it to be between 50 and 100. Some Emergency Care Plans have a photograph of the child on the Plan. About half of the Emergency Care Plans do not include a photograph.

31.    It is up to each driver to familiarize himself or herself with a child's Emergency Care Plan. If a driver has an Emergency Care Plan that does not have a photograph of the child, the driver has no quick way to identify the child that is the subject of the Emergency Care Plan unless that child identifies himself or herself to the driver.

32.    The District never made it a point to introduce the school bus drivers to the affected children.

33.    I am aware of a couple of children that have introduced themselves to and discussed their allergies with their bus driver, but I understand that some children (and their parents) do not discuss the allergies with the bus driver.

34.    Substitute drivers up until 2003 or so were familiar with the concept of Emergency Care Plans. The newer regular and substitute drivers are not aware of the Emergency Care Plan.

35.    If a child has an allergic reaction on the school bus, the bus driver pulls the bus over to the side of the road, secures the bus, leaves the engine on so that the radio can operate, calls the dispatcher with the specifics, and then sits and waits for instructions from the dispatcher.

36.    During my employment with Laidlaw, the bus drivers have never had an event where a child on one of our buses in the District had an allergic reaction.

5

37.     During my employment with Laidlaw, the bus drivers have never administered epinephrine to a child on a school bus in the District.

38.     I understand that epinephrine is a prescription medication, and unlike the items in the bus's First Aid kit, cannot be sold and bought over the counter.

39.     I am uncomfortable with the thought of administering an epi-pen and would have liked more thorough training on symptoms and everything else associated with any allergic reaction.

The above is true to the best of my knowledge, information and belief.

Signed under the pains and penalties of perjury this _14th_ day of June, 2005.

_Henry Clark_
Henny Clark

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I have caused to be served a true and correct copy of

the Affidavit of Henny Clark by facsimile and hand delivery upon plaintiff's counsel as

follows:

> Rosann DiPietro, Esq.
> LONG & LONG
> 21 McGrath Highway, Suite 306
> Quincy, Massachusetts 02169
>
> Howard L. Greenspan, Esq.
> 220 Broadway
> Lynnfield, MA 01940

>    /s/ James J. Marcellino
> James J. Marcellino, Esq.

Dated: June 17, 2005

# ATTACHMENT B

Massachusetts Department of Public Health
Bureau of Family and Community Health
School Health Unit

# OUTLINE OF TRAINING PROGRAM FOR UNLICENSED SCHOOL PERSONNEL TO ADMINISTER EPINEPHRINE BY AUTO-INJECTOR IN LIFE-THREATENING SITUATIONS

**PURPOSE:** To provide unlicensed school personnel with basic knowledge and skills to administer epinephrine by auto-injector in a life-threatening situation.

**INSTRUCTOR:** School Nurse or Physician

**TIME:** ½ - 1 hour
~~Two~~ hours

**OBJECTIVES:** Upon completion of the training the participants will demonstrate the following competencies:

1. identify common causes of allergic emergencies;

2. accurately recognize general and student-specific warning signs of allergic emergency;

3. accurately identify student for whom the epinephrine is prescribed;

4. accurately read and interpret the emergency medication administration plan;

5. correctly follow directions on the medication administration plan;

6. accurately read the epinephrine label and follow directions from the label;

7. administer epinephrine by auto-injector;

8. safely handle epinephrine in an auto-injector;

9. accurately describe the school's plan for responding to emergencies;

10. access resources appropriately, including emergency medical services, school nurse, parents and physician.

Attachment B
Page 1

CONTENT:

1. School nurse and parents, if possible, shall meet with the selected unlicensed school personnel to explain (1) the student's allergy, (b) past reactions and associated 'symptoms, and (c) measures taken to reduce exposure to the allergens in the school setting and off-campus activities. (See Part II for introduction to the student.)

2. Describe common causes of allergic emergencies.

3. Explain use of epinephrine.

**How it works:** Epinephrine is the treatment of choice for allergic emergencies because it quickly constricts blood vessels, relaxes smooth muscles in the lungs to improve breathing, stimulates the heartbeat, and works to reverse hives and swelling around the face and lips.

Effects of the injection begin to wear off after 10 to 20 minutes; therefore immediate activation of the emergency medical system (911 or, if not available, the local community's emergency medical response system) is essential.

**How to handle and store epinephrine:** The auto-injector is quite durable, but may be damaged if mishandled. It is stable at room temperature until the marked expiration date. It should not be refrigerated, frozen or exposed to extreme heat or sunlight; light and heat cause it to oxidize and go bad, turning brown. Before using, make sure the solution is clear and colorless; if brown, replace immediately. NOTE: Accidental injection into the hands or feet may result in loss of blood flow to the affected area and will require immediate treatment in the Emergency Room.

After use, place auto-injector in an impermeable container, if available, and give to Emergency Medical personnel to take to the Emergency Room. Inform them of the time of injection.

**How to administer:**

1. Check to identify:
   right student ( e.g., use photo on student's emergency plan)
   right medication*
   right dose*
   right route
   right time (based on student's symptoms, e.g., hives spreading over the body, wheezing, difficulty swallowing or breathing, swelling in face or neck, tingling/swelling of tongue, vomiting, signs of shock such as extreme paleness/gray color, clammy skin, loss of consciousness or any other child-specific known symptoms).

* PLEASE NOTE: Epinephrine is available in two different dosages and two different types of auto-injectors. [EpiPen 0.3mg and EpiPen Jr. 0 15mg; Epi E-Z Pen 0 3mg and Epi E-Z Pen Jr. 0 15mg]

2

Attachment B
Page 2

2.  Practice with the specific auto-injector trainer that corresponds with the auto-injector provided by the specific student. Refer to specific manufacturer's instructions.

CAUTION: Accidental injection into the hands or feet may result in loss of blood flow to the affected area. Seek treatment immediately in the nearest Emergency Room.

3.  Review emergency plan of school

    - Emergency telephone numbers and where posted (EMS, student's parent/guardian, student's physician); emphasize the need to activate immediately, in order for student to be further evaluated in an Emergency Room.

    - Names of CPR-certified personnel and where located

4.  Plan for field trips: Trained personnel must take the epinephrine auto-injector on all field trips in which the student is participating. Make sure phone is close by if needed. Keep epinephrine at room temperature.

5.  Question/answer session.

6.  School nurse shall complete the competency skill check list for each person trained.

Attachment B
Page 3

PART II

DEVELOPMENT OF A PARTNERSHIP BETWEEN THE TRAINED UNLICENSED
SCHOOL PERSONNEL AND THE STUDENT WITH AN ALLERGIC CONDITION

**PURPOSE:** To provide the student and unlicensed trained school personnel with an opportunity to develop a relationship prior to an emergency situation and to encourage the student to begin to learn responsibility for managing his/her own health care. This process will continue to engage the parent and student as working partners in the health team.

**TIME:** One hour

**OBJECTIVES:** Upon completion of the introductory session and appropriate to his/her developmental level, the student will:

1. have met the trained school personnel and they will know how to identify each other;

2. have an opportunity to identify to the unlicensed school personnel what allergens precipitate a reaction and the symptoms experienced;

3. understand (a) the support system available to him/her and (b) the responsibility for alerting the teacher/classmates of symptoms;

4. understand the importance of using Medi-Alert bracelets; and

5. explore possibilities for developing a "buddy system" within the student's class.

**CONTENT:** Collaborating with the parent and student, as appropriate, the school nurses should:

1. facilitate the comfort level of the parent and student, recognizing the importance of such individual factors as (a) whether the family has understood and accepted the student's condition, (b) age of the student, (c) level of anxiety/fear, and (d) relationship with the school nurse and trained unlicensed personnel;

2. review the location of the auto-injectors and back-up supplies;

3. identify and discuss the symptoms; (Based on the age of the student, a picture or word showing the foods or insects precipitating an allergic reaction may be given to the student to wear so that a visual connection may be made.)

4

Attachment B
Page 4

4.  Explore the possibility of teaching the student's classmates and teacher about allergic responses and developing a "buddy system" for responding to an emergency

## OTHER SUGGESTIONS:

### Training:

1.  Provide a periodic refresher course, at a minimum of twice a year, for any unlicensed staff trained to administer epinephrine by auto-injector in a life-threatening allergic reaction.

2.  Implement a periodic anaphylaxis drill similar to a fire drill as part of the periodic refresher course. (During the anaphylaxis drill a student may be identified as theoretically having a life-threatening allergic reaction and staff will be expected to take the appropriate actions, e.g., locating the epinephrine, describing how they would give it in an emergency, describing whom they would notify, including the number for the emergency response team, etc.)

### Storage:

1.  If the epinephrine auto-injector is to be useful in the time of an emergency, it needs to be stored in a clearly visible location and have the student's name on it or it may be carried by the student if appropriate. The location of the auto-injector and back-up should be written in the health care plan. All staff trained in its use should know exactly where it is located.

2.  The location should be determined based on the anticipated needs of the student. A plan must be in place stating who obtains it while the trained staff member stays with the student.

3.  Key staff members such as the teacher, principal, cafeteria staff, etc., should know where the auto-injector is stored even if they are not trained to administer it.

### Emergency Response Preparation:

1.  Suggested numbers of school staff trained in cardio-pulmonary resuscitation include a minimum of 3 per school building ; for those buildings with more than 300 students, there should be at least one additional CPR-trained staff member per 100 students.

2.  Names of CPR-trained staff members should be available to all faculty in the school.

Attachment B
Page 5

3.  Inform local emergency medical respondents of the possible need for their rapid response to students at risk for life-threatening allergic reactions. Provide EMS personnel with the address and the location of school entrances. Identify a school staff member to be responsible for meeting EMS at entrance and leading them to the student with the reaction.

4.  Clearly mark telephones with emergency response phone numbers as well as how to access an outside line. (e.g. 9-911)

**Training Materials:**

**The School Food Allergy Program** includes a video, training manual, poster, etc. (The cost is $75.00 plus $9.50 shipping and handling.) It may be ordered from The Food Allergy Network, 10400 Eaton Place, Suite 107, Fairfax, VA 22030 (1-800-929-4040). Other booklets and videos about food allergies ("Alexander: The Elephant Who Couldn't Eat Nuts" and "It Only Takes One Bite") are available.

**EpiPen Trainers, EpiPen Brochures, Video on Anaphylaxis and Video on Food Allergies** are available at no cost from:
Marketing Department
Center Laboratories
35 Channel Drive
Port Washington, NY 11050
(1-800-223-6837)

Acknowledgment is given to Victoria Hertel, State School Nurse Consultant, Colorado Department of Public Health and Environment, JoAnn McMahon, BSN, and Denise Pinardi, RN.

*Video shown to bus drivers:*
*"Getting Started with Your New Epi-Pen"*
*Parent, caregiver*

12/96

6

Massachusetts Department of Public Health
Bureau of Family and Community Health
School Health Unit

## EPINEPHRINE COMPETENCY SKILL CHECK LIST

Name and Title of Staff Person: _____

**The following competencies have been demonstrated by staff person:**

States the responsibilities of the school nurse for training and supervision          _____

Identifies common causes of allergic emergencies          _____

Describes general and student-specific warning signs of allergic emergency          _____

Demonstrates how to activate the school's plan for responding to emergencies          _____

Identifies student for whom the epinephrine is prescribed          _____

Interprets accurately the emergency medication administration plan          _____

Follows the directions on the medication administration plan          _____

Reads the label on the epinephrine auto-injector, assuring the correct dosage          _____

Demonstrates safe handling of epinephrine auto-injector          _____

Demonstrates the correct procedure for giving epinephrine by auto-injector          _____

Describes how to access emergency medical services, school nurse, student's
parents (or other persons), student's physician          _____

Comments:


Signatures: Supervised by_____RN

          Staff Person_____

          Date: _____

12/96

Attachment B
Page 7

# SEVERE ALLERGIC REACTION: INSTRUCTIONS FOR BUS DRIVERS

Most students carry their Benadryl and/or epi-pens in their book bags or fanny packs.
These students have a written emergency care plan and you should have a copy on the bus.
Be aware which student on your bus has a severe allergy, where they sit, and what they are allergic to.
You need to be able to recognize symptoms of a reaction and how to get an ambulance.

## Do not hand out any food to students on the bus and maintain a policy of no food eating on the bus [this includes drinks].

- Make sure the bus is free of stinging insects before you transport students.
- Make sure the bus is cleaned properly.
- If you think any child is having a severe reaction follow your bus company's protocols for first aid.
- Make sure substitute bus drivers are aware of the location of the emergency care plans.
- If you have any questions about the plan, see the child's building nurse or contact the nursing coordinator, Betty Irelan at 978 448 6362x4.

## Signs and symptoms of an allergic reaction:

- Mouth itching & swelling of the lips, tongue or mouth
- Throat itching and/or a sense of tightness in the throat, hoarseness or a hacking cough
- Skin hives, itchy rash and/or swelling about the face or extremities
- Abdomen nausea, abdominal cramps, vomiting and/or diarrhea
- Lung shortness of breath, repetitive coughing and/or wheezing
- Heart rapid, fast and faint pulse and/or fainting

## Site care for sting:

- Look for stinger, if present scrape away [do not use tweezers] with ruler, credit card, throat stick etc.
- Wash area immediately with soap and water or use a disinfectant.
- Put ice on the site if available.
- The severity of the symptoms can change quickly and any of these symptoms can potentially progress to a life threatening situation.

**Please note: Foods most often responsible for a life threatening allergic reaction [anaphylaxis] are: peanuts, tree nuts, milk, eggs, shellfish/seafood and wheat.**

### BUT IT COULD BE ANY FOOD

## First aide for a severe allergic reaction:

- If you observe any of the symptoms listed above, call 911 and tell them it is a severe allergic reaction.
- If it is someone with a known severe allergy, initiate the emergency care plan immediately.
- Give the copy of the emergency care plan to the EMT's.
- If able, the child will administer their epi-pen and benadryl.
- After the ambulance has taken the child, call your dispatcher and let him/her know the name of the child and to what hospital the child is going. Ask the dispatcher to call the school so the school can inform the parent
- The next day see the building nurse for another copy of the emergency care plan and to fill out an incident report

# III.  FOOD ALLERGY BASICS

Food allergy has been blamed for everything from hyperactivity and Attention Deficit Disorder to depression  A household study showed one-third of adults think they have a food allergy, and one-fourth of parents think their children have a food allergy.

Part of the problem lies in the inappropriate use of the term "food allergy" to describe any adverse response such as food poisoning, food intolerance, food aversions, or phobias  The term "food allergy" should not be used unless the immune system is involved.

### What Is A Food Allergy?

A food allergy involves an interaction between food and the immune system. Here's how a food allergy evolves.

Food is broken down by stomach acids, digestive enzymes, and cellular lysozomes for absorption. Ideally, this entire process takes place in the GI tract

In reality, whole or partially degraded food proteins cross the mucosal barrier of the GI tract exposing the food protein to the immune system. For some individuals, these food proteins are recognized by the immune system as foreign invaders.

CHILDREN ARE THE LARGEST POPULATION GROUP AFFECTED BY FOOD ALLERGIES.

In one form of food allergy, the immune system responds by producing an antibody, IgE, to that particular food protein. The antibody circulates through the body sensitizing mast cells in the GI tract, skin, lungs, etc  The next time the individual eats, touches, or inhales the offending food protein, the immune system's sensitized cells protect the body from the "dangerous invader" by releasing histamine and other chemicals. As a result, the individual experiences symptoms of an allergic reaction  Other forms of food allergy involve activation of lymphocytes which penetrate tissues (lung, GI tract, skin) and induce inflammation.

Attachment B
Page 9

### What Foods Most Often Cause Food Allergic Reactions?

The foods that most commonly cause allergic symptoms in children are peanuts, tree nuts, milk, eggs, soy, fish, and wheat. Most children outgrow their food allergies. However, an allergy to peanuts, tree nuts (almonds, pecans, walnuts, etc.) and seafood is often considered lifelong. The foods that most frequently cause food allergies in adults are fish, shellfish, peanuts, and tree nuts.

**AS LITTLE AS A MILLIGRAM CAN CAUSE AN ALLERGIC REACTION.**

### How Much Food Does It Take To Cause An Allergic Reaction?

The amount of food needed to cause an allergic reaction varies from one person to another. Factors such as how allergic the individual is to that food and the amount of food ingested play a part in the development of a reaction.

Some individuals are so exquisitely sensitive that they develop symptoms when the allergenic food comes into contact with their skin or after smelling the vapors of the food to which they are allergic, such as fish or shellfish.



In his September 1988 study in the *Journal of the American Medical Association* (JAMA) titled "Fatal Food-Induced Anaphylaxis" John Yunginger, M.D., concluded that fatal reactions can be induced by as little as a milligram.

> **How little does it take?**
> Itchy red hives quickly developed over this milk-allergic boy's body, left, after a classmate sprayed a straw filled with milk onto the boy's face.

### What Are Common Symptoms Of A Food-Allergic Reaction?

Symptoms can show up in the skin, respiratory tract, gastrointestinal tract, and cardiovascular system. They can include itchy skin or eyes, hives, eczema, runny or stuffy nose, itching or swelling of the throat, wheezing, difficulty breathing, coughing, abdominal cramps, nausea, vomiting, diarrhea, drop in blood pressure, or increased heart rate.

For some people symptoms appear in only one bodily system; while for others they appear in several systems. A study of 185 food-allergic children conducted at the National Jewish Center showed two or more organ systems were involved in nearly half the allergic reactions.

Additionally, reactions to the same food varies from person to person. For example, milk may cause Mary to break out in hives, while it causes John to vomit.

3-2

How Serious Can A Reaction Get?

The most serious type of allergic reaction is called anaphylaxis. It is also sometimes called "general body reaction" or "general shock." Left untreated or under treated, anaphylaxis can result in death.

Anaphylaxis is commonly caused by food allergy, stinging insects (including bees and fire ants), and medications. Some researchers estimate that food allergy is the leading cause of fatal anaphylaxis outside the hospital.

## TYPICAL ALLERGY SYMPTOMS

| Skin Symptoms | Gut Symptoms | Respiratory Symptoms | Cardiovascular | Neurological |
|---|---|---|---|---|
| Hives<br>Swelling<br>Itchy red rash<br>Eczema flare | Cramps<br>Nausea<br>Vomiting<br>Diarrhea<br>Gas | Itchy, watery eyes<br>Runny nose<br>Stuffy nose<br>Sneezing<br>Cough<br>Itching or swelling of lips, tongue, throat<br>Change in voice<br>Difficulty swallowing<br>Tightness of chest<br>Wheezing<br>Shortness of breath<br>Repetitive throat clearing | Reduced blood pressure<br>Increased heart rate<br>Shock | Impending doom<br>Weakness |

Can Someone Predict Whether A Reaction Will Lead To Anaphylaxis?

There is no way to predict how a reaction will develop. Some reactions are mild to begin with and quickly go away after medication is administered. Others grow from mild symptoms to anaphylaxis, within a few minutes. Still other reactions improve after medication is administered but come back within minutes to hours. The latter, termed bi-phasic reactions, can be quite dangerous because the patient is often caught off guard and the late reaction can be more severe than the early reaction.

3-3

Attachment B
Page 11

Five of the six children and adolescents in the *New England Journal of Medicine* (NEJM), August 1992, study titled "Fatal and Near-Fatal Anaphylactic Reactions to Food In Children and Adolescents," who died had previously had allergic reactions to the food in question—none of the previous reactions had been so severe. In every case, early symptoms of the reaction were not treated with epinephrine.

MILK, EGG, PEANUT, TREE NUTS, FISH, SHELLFISH, SOY, AND WHEAT ACCOUNT FOR THE MAJORITY OF ALLERGIC REACTIONS.

How Quickly Do Anaphylaxis Symptoms Appear?
For some individuals the reaction begins slowly and gradually gets worse, for others it develops more quickly and can become life-threatening within a few minutes which is why all reactions need to be taken seriously and treated promptly.

The *New England Journal* study showed that some symptoms began one to five minutes after the ingestion of the allergen, while severe symptoms developed from 12 to 130 minutes later

---

How quickly do reactions develop?
A teenage peanut-allergic girl used a knife which had been lying on the kitchen counter to make a sandwich. Unbeknownst to her, that same knife had been used to make a peanut butter sandwich and been merely wiped clean. She died of an anaphylactic reaction within 45 minutes.

---

Why Do People Die From Anaphylaxis?
The *New England Journal of Medicine* study showed that five of the six fatal reactions occurred in public places. Four of the six cases studied occurred in schools.

SOME REACTIONS DEVELOP SWIFTLY. ONE ALLERGIC PATIENT DIED WITHIN MINUTES AFTER EATING AN INGREDIENT HIDDEN IN A PASTRY.

In both the fatal and near-fatal groups, parents were present. Therefore, the presence of parents does not guarantee a positive outcome The principle variable between the two groups appears to be how quickly medication was administered and professional medical help became available. None of the patients who died received epinephrine before their severe respiratory symptoms developed.

Attachment B
Page 12

TIMING OF FOOD-INDUCED ANAPHYLACTIC REACTIONS IN THE SCHOOL SETTING.

All times are in minutes after ingestion. All cases were accidental ingestion of known allergen and small quantities of food. Excerpted from *New England Journal of Medicine* 1992

All symptoms, no matter how minor, need to be recognized and treated promptly!

| Initial Onset of Symptoms | Time of Epinephrine Dose | Onset of Severe Symptoms | Time of Death |
|---|---|---|---|
| 10 minutes | 125 minutes | 125 minutes | 180 minutes |
| 20 minutes | 180 minutes | 150 minutes | 300 minutes |
| 30 minutes | 90 minutes | 35 and 100 minutes* | 240 minutes |

*The severe symptoms subsided after treatment with supplemental oxygen and then recurred.*

**Why do people die?**
A teen-aged girl complained to the school nurse of a stomachache after eating candy given to her by her friend. She complained of GI symptoms. She exhibited no skin or respiratory symptoms and was sent back to class. She continued to complain of worsening abdominal pain but her skin and respiratory status remained unchanged, the reaction remained unrecognized and untreated. The third time she went to see the nurse an ambulance was called. She died waiting for it to arrive.

In another case a child complained of a stomachache after eating a cookie containing peanut. No medications were administered and the child returned to class. Symptoms continued to develop but administration of epinephrine was delayed. Three hours after the accidental ingestion the child was dead.

**What should you do?**
An accidental ingestion of a questionable food followed by mild GI symptoms may be a symptom of a reaction. Check the student's Emergency Treatment Plan for instructions.

## What Happens If Epinephrine Is Administered and It Is Not Needed?

Epinephrine constricts blood flow to skin and mucous membranes resulting in blanching of the skin at the injection site. Some children will briefly appear pale; others may vomit. Epinephrine also increases cardiac rate.

Transient effects of epinephrine can also include restlessness, apprehension, headache, or tremors. In a normally healthy child, an "unnecessary" dose of epinephrine should have no prolonged or significant ill effects. Quick treatment is the safest approach, even if it might have been unnecessary.

Most parents and doctors prefer that you err on the side of caution when treating an allergic reaction.

> **MOST PARENTS AND DOCTORS PREFER THAT YOU ERR ON THE SIDE OF CAUTION WHEN TREATING AN ALLERGIC REACTION.**

## Who Is Most At Risk For Fatal Food-Allergic Reactions?

Between 1% and 2% of the school-age population have food allergies. Not every child has a history of severe reactions to accidental ingestion. However, the information from the NEJM clearly indicates there is no guarantee a future reaction will not be severe. A plan to deal with the worst case scenario should be in place before you need it.

Peanuts, tree nuts, milk, eggs, fish, and shellfish are most often implicated in severe food reactions. Individuals with food allergy and asthma are most at risk of dying of a severe food reaction. However, individuals who do not have asthma but have food allergy can also experience severe, life-threatening anaphylactic reactions.

## Why Do Food-Allergic Reactions Occur?

Most individuals who have experienced a food-allergic reaction knew what they were allergic to and unknowingly ate that food. In most cases the food was an unexpected ingredient in another food. High-risk foods include candy, cookies, cakes, and pastries.



## MANAGEMENT OF FOOD ALLERGY AND ANAPHYLAXIS

There is no cure or preventive medication available for food allergy. Avoidance of the food is the only way to prevent a reaction from occurring. This is achieved by learning the scientific and technical names for foods, reading ingredient statements on every food product, and avoiding products with the offending food.

Individuals must also learn what foods are likely to include "surprise" sources of offending food proteins. For example, peanut

butter is frequently used to "glue" the ends of egg rolls together; soy is sometimes added to hamburger patties.

Another potentially serious cause of allergic reactions is cross contamination from an allergic food to a nonallergic food during food processing or preparation.

See the *Food Service* section for more information.

❖  ❖  ❖

### IF A REACTION OCCURS

Any student who is diagnosed with a food allergy should bring the doctor's written instructions and prescribed medications to school. Use the form in the Nurse Section to obtain the necessary information. If there is any question about when or how to administer epinephrine or any other medication, do not hesitate to contact the parents and the doctor for clarification.

### 3 Rs FOR HANDLING A REACTION

*R*ecognize the symptoms
*R*eact Quickly
*R*eview what caused the reaction and how well the emergency plan worked

❖  ❖  ❖

### MEDICATIONS USED TO TREAT FOOD-ALLERGIC REACTIONS

#### Antihistamines

Antihistamines block the action of histamines released throughout the body during a reaction. They are useful in treating minor symptoms of an accidental ingestion such as a runny nose or mild case of hives and are most effective when administered at the first sign of a reaction. Antihistamines are available in both liquid and tablet form. Liquid form is more desirable than capsule form because it begins to act more quickly and is easy to administer. There are dozens of antihistamines available for use. Commonly used antihistamines are:

RESEARCHERS ESTIMATE THAT MORE PEOPLE DIE EACH YEAR FROM FOOD ALLERGY-INDUCED ANAPHYLAXIS THAN FROM INSECT STING-INDUCED ANAPHYLAXIS.

- Diphenhydramine, brand name Benadryl®. It is available without a prescription at most drug stores and some large supermarkets.

- Hydroxyzine, trade name Atarax®, is available by prescription only.

- Chlorpheniramine, trade name Chlor-Trimeton® It is available without a prescription at most drug stores and large supermarkets

*3-7*

## Asthma Medications

Individuals with asthma and food allergy appear to be at an increased risk for fatal anaphylaxis. Medications used to treat asthma are available in liquid form (for nebulizers and by mouth), tablets, and metered dose inhalers. Inhalers are commonly available by trade names such as Ventolin® and Proventil®.

## Epinephrine

Epinephrine is the drug of choice for treatment of anaphylaxis and temporary relief of severe symptoms related to an accidental ingestion. Epinephrine inhibits release of histamine and antagonizes the effects of histamine and other mediators on end organs. As a result, epinephrine relieves bronchospasm, and reduces congestion and swelling in the lungs.

Epinephrine is available by prescription only, it is available in two kits:



• EpiPen® or EpiPen® Jr The medication is contained in the auto injector which contains one dose. The EpiPen® is about the size of a large permanent marker. The auto injector is easy to use. It is designed to be administered into the thigh muscle and can be given through clothing. A sample EpiPen® trainer, without the needle or medication, is enclosed in this kit in order to make it easier for you to practice using this device.

## HOW TO USE THE EPIPEN® AUTO-INJECTOR... THREE SIMPLE STEPS

**1.** Pull off gray safety cap.

**2.** Place black tip on outer thigh.

**3.** Push EpiPen Auto-Injector against thigh until unit activates, and hold in place several seconds. Then discard unit.







• The Ana Kit® or Ana Guard® holds two doses of epinephrine. It is contained in a syringe with a needle. The drawback to this medication vehicle is that some children and adults are squeamish about giving or receiving a needle.

*3-8*



## CONCLUSION

The responsibility for a student with food allergies can seem overwhelming. Keep in mind however that not all children with food allergies are exquisitely allergic. Not every reaction will be an anaphylactic reaction. Furthermore, you are not alone. Use the team approach to food allergy management. Enlist help from parents, teachers, other school staff, and the student. Working together, you can achieve a positive outcome for all of you.

Information for creating an Emergency Treatment Plan for food-allergic students is available in the *Nurse's* section of this binder. Additional strategies for minimizing risk appear throughout this binder. Read them carefully, add to them, and look forward to a successful school year. As you will see in the *Model School Policies* section, it is possible to successfully manage food allergies and anaphylaxis.

---

ACCIDENTS ARE
NEVER PLANNED.
PLAN AHEAD FOR
HANDLING THEM
AND HOPE NEVER TO
USE YOUR PLAN.

---

## CHECKLIST FOR FOOD ALLERGY BASICS

✔ A food allergy involves the immune system.

✔ Milk, eggs, peanuts, tree nuts, fish, shellfish, soy, and wheat are the foods which cause the majority of allergic reactions.

✔ Every child is different. Some students will have GI symptoms long before any other symptoms develop, others have rash or hives and respiratory symptoms almost immediately.

✔ Be safe, not sorry! Take all complaints from children with food allergy very, very seriously!

✔ Once epinephrine is administered, the student should be taken to a hospital for evaluation *even if the symptoms have subsided.* The student should be observed for at least 3 hours.

✔ No one can predict how a reaction will progress. A mild reaction can blossom into a full blown anaphylactic reaction even in a short period of time. Be prepared. Have a plan.

EPIPEN® AND EPIPEN® JR. DIRECTIONS

1. Pull off gray safety cap



2. Place black tip on outer thigh (always apply to thigh)



3. Using a quick motion, press hard into thigh until Auto-Injector mechanism functions. Hold in place and count to 10. The EpiPen® unit should then be removed and discarded. Massage the injection area for 10 seconds.



## EMERGENCY CARE PLAN (page 1 of 2)
### Swallow Union School - Groton Dunstable Regional School District
### 2003-2004

NAME ▓▓▓▓▓▓▓

DOB  7-16-92          YOG  2011

Teacher  Ms. Kilroy          Grade 5



PROBLEM:  ALLERGY to shellfish, hazelnuts, bees

ASTHMA

*Sample Care Plan*

If an emergency occurs, do the following:
1. Stay with child
2. Call or designate someone to get the school nurse:
    a. State who you are
    b. State where you are
    c. State the problem
3. The school nurse will assess the child and decide whether the emergency plan should be implemented.
4. If the school nurse is unavailable, the following staff are trained to deal with and to intiate the emergency plan:

    Peter Myerson, Principal       Patti Randazzo, Secretary       Stephanie DeBay, Secretary

## CHILD SPECIFIC EMERGENCY INSTRUCTIONS:

| OBSERVATION | ACTION |
|---|---|
| Bee sting | Try to remove stinger w/ flat object (credit card)<br>Cleanse area<br>Apply ice |
| Rash, hives, mild allergy symptoms | Give Benadryl 25 mg (2teaspoons)<br>Observe |
| Difficulty breathing or swallowing,<br>swelling, shock | Give Epi-Pen 0.3 mg<br>Call 911<br>Take to ER |

PARENTS

~~▓▓▓▓▓▓ (mother) 978-▓▓▓-▓▓▓1 (home) 978-▓▓▓-▓▓▓1 (work)~~
~~▓▓▓▓▓▓ (grandfather) 978-▓▓▓-▓▓▓▓~~

PHYSICIAN  ~~▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓~~

Parent Signature _____          Date _____

Emergency Care Plan Continued (page 2 of 2)    NAME ~~[redacted]~~

Additional  Notes

Has had allergic reaction

Benadryl and Epi- Pen and Albuterol inhaler are located in :  Nurse's office

If he feels ill, he should be accompanied to the Nurse's Office by an adult

Albuterol inhaler, Benadryl and Epi-Pen must accompany Caleb on field trips.  He must be with a parent or in the teacher's group.

Nut free  class declined by parent

If he buys the school lunch, parent will send signed and dated note of approval with lunch money.


Eats lunch with class.

Parent Signature _____    Date _____

Attachment B
Page 21

*Sample care plan*

# ALLERGIC REACTION INSTRUCTIONS

Student's name _____          DOB _____

Grade _____    Teacher _____          Building _____

School Nurse _____    Phone _____

| ALLERGIC TO: |
| --- |
|  |
|  |

| Give Epi-pen immediately  Time given _____ | Location of Epi-pen_____ |
| --- | --- |
|  | Location of Benadryl_____ |

**Call for nurse [in the absence of the nurse call 911]**

**Give Benadryl immediately after the Epi-pen**    Dose _____    Time given _____

Office will call 9-911, state specific problem and location of student.  The office will call the parent and tell
    them to go to the ER.

Site care for sting:
    if stinger present, scrape away with ruler, credit card etc. [do not use tweezers]
    wash area with soap and water
    ice to area
    keep the child quiet and calm

Observe for signs and symptoms such as:
    mouth: itching & swelling of the lips, tongue
    throat: itching and/or a sense of tightness in throat, hoarseness, hacking cough
    skin: hives, itchy rash and/or swelling about the face or extremities
    abdomen: nausea, abdominal cramps, vomiting and/or diarrhea
    lung: shortness of breath, repetitive coughing and/or wheezing
    heart: rapid, fast and faint pulse and/or fainting

This form should go with the student to the ER

Parent signature _____    Date _____

Home Phone _____

Mother's work phone _____    Cell/pager _____

Father's work phone _____    Cell/pager _____

Child's physician Name _____    Phone _____

## ANAPHYLACTIC REACTION

Most students carry their Benadryl and/or epi-pens in their book bags or fanny packs.
These students should not be allowed to go on a field trips or out of the building without their epi-pen
and/or Benadryl. This includes after school sports/activities/PE. These students have a written
emergency care plans.

If you have any questions about the plan, see the child's building nurse.

**Signs and symptoms of an allergic reaction\***

| | |
|---|---|
| **Mouth** | itching & swelling of the lips, tongue or mouth |
| **Throat** | itching and/or a sense of tightness in the throat, hoarseness and a hacking cough |
| **Skin** | hives, itchy rash and/or swelling about the face or extremities |
| **Abdomen** | nausea, abdominal cramps, vomiting and/or diarrhea |
| **Lung** | shortness of breath, repetitive coughing and/or wheezing |
| **Heart** | rapid, fast and faint pulse and/or fainting |

**Site care for sting:**
look for stinger, if present scrape away [do not use tweezers] with ruler, credit card, throat stick
etc. Wash area immediately with soap and water. Put ice on the site if available.

The severity of the symptoms can change quickly and any of these symptoms can potentially progress
to a life threatening situation.

Please note: Foods most often responsible for a life threatening allergic reaction [anaphylaxis] are:
peanuts, tree nuts, milk, eggs, shellfish/seafood and wheat.

**First aide for a sting:**

If it is someone with a known severe reaction, initiate the emergency care
plan immediately.
If you observe any of the symptoms listed above, call 911.
Give the copy of the emergency care plan to the EMT
After the ambulance has taken the child, call your dispatcher and let her know the name of the
child and to what hospital the child is going. Ask the dispatcher to call the school so the school can
inform the parent.
The next day see the building nurse for another copy and to fill out an incident report

Betty Irelan

*Taken from Allergy and Asthma Publication July-August 1998, Vol 19, #4

Attachment B
Page 23