UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

GROTON-DUNSTABLE REGIONAL
SCHOOL DISTRICT,
    Plaintiff

VS.                              CIVIL ACTION NO.
                                      05-10978-PBS

LAIDLAW TRANSIT, INC.,
    Defendant

---

ORDER ON PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION

After a hearing, and having found that the plaintiff has a reasonable likelihood of success on the merits of this case and that the plaintiff will suffer irreparable harm in the absence of an injunction, the defendant is hereby ordered to permit its bus driver employees assigned to the plaintiff school district to attend and receive training as scheduled by the plaintiff's nursing staff in the administration of epinephrine auto injector devices ("Epipens") and to permit said employees to administer or assist in administering "Epipens" to pupils who are passengers on school buses, should the need arise. This order remains in effect until the last day of school for the 2004-2005 school year. The plaintiff may apply to extend this order commencing at the beginning of the 2005-2006 school year, in the event the plaintiff has been unable to secure a successor transportation contractor by that time.

During the time that this order remains in effect, the plaintiff shall be required to indemnify, defend and hold harmless the defendant against any harm resulting from the

acts or omission of its bus driver employees in connection with making determinations as to whether students enrolled in the plaintiff district require epipen administration, in administering the epipen to such students or in assisting such students in epipen administration.

_____     _____

Date                             United States District Judge