UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GROTON DUNSTABLE REGIONAL SCHOOL DISTRICT )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>LAIDLAW TRANSIT, INC. )<br>)<br>Defendant ) | Civil Action No. 05-10978-PBS |

**STIPULATION AND ORDER
TO EXPEDITE DISCOVERY**

The parties hereby stipulate and agree, and the Court orders that the time for response to discovery shall be ten (10) days for responses to interrogatories, requests for production, and requests for admissions. The parties may notice and take depositions with seven (7) days' notice.

GROTON-DUNSTABLE REGIONAL
SCHOOL DISTRICT
By its attorneys,

　/s/ Rosann DiPietro　
Rosann DiPietro, Esq. (BBO#556685)
Long & Long
21 McGrath Highway
Quincy, MA 02169
617-773-9400

LAIDLAW TRANSIT, INC.
By its attorneys,

　/s/ James J. Marcellino　
James J. Marcellino, Esq. (BBO#318840)
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109
617-535-4000

BST99 1463276-1.071300.0012

_____/s/ Howard L. Greenspan_____
Howard L. Greenspan, Esq. (BBO#210420)
220 Broadway, Suite 204
Lynnfield, MA 01940
781-598-4546


So Ordered this _____ day of June, 2005

_____
Judge Patti B. Saris