# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

James J. Marcellino
Attorney at Law
jmarcellino@mwe.com
617.535.4045

June 17, 2005

VIA FACSIMILE 617-748-4582
AND REGULAR MAIL

Mr. Robert Alba for
The Honorable Patti B. Saris
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: <u>Groton Dunstable Regional School District v. Laidlaw Transit, Inc.</u>
Civil Action No. 05-10978-PBS

Dear Mr. Alba:

This will confirm the telephone message of earlier today to the effect that the school year for the Groton D Regional School District is over on Wednesday, June 22, 2005. I respectfully request that you so advise the Judge as that may affect her judgment with respect to the issuance of a Preliminary Injunction.

Please note that I am sending a copy of this letter to Plaintiff's counsel whom I had previously advised with regard to my intention to notify you by telephone and in writing.

Thank you for your thoughtful and prompt attention.

Very truly yours,

James J. Marcellino

JJM/bjw

cc: Rosann DiPietro, Esq.
    Howard L. Greenspan, Esq.