UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Groton-Dunstable Regional School District**
                Plaintiff,              CIVIL ACTION
                                          NO.   05-10978-PBS

    v.

**Laidlaw Transit, Inc.**
                Defendant.

## NOTICE OF FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                       July 21, 2005

      TAKE NOTICE that the above-entitled case has been set for a Final Pretrial Conference on **July 26, 2005**, at **4:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                                           By the Court,

                                                                                           _/s/ Robert C. Alba_
                                                                                            Deputy Clerk

Copies to:  All Counsel