UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GROTON-DUNSTABLE REGIONAL SCHOOL DISTRICT )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>LAIDLAW TRANSIT, INC. )<br>)<br>Defendant )<br>) | Civil Action No. 05-10978-PBS |

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that this action is hereby dismissed without prejudice and without costs on all claims and counterclaims.

Respectfully submitted,

| GROTON DUNSTABLE REGIONAL SCHOOL DISTRICT<br>By its attorneys, | LAIDLAW TRANSIT, INC<br>By its attorneys, |
|---|---|
| /s/ Howard L. Greenspan<br>Howard L. Greenspan, Esq.<br>(BBO#210420)<br>220 Broadway, Suite 204<br>Lynnfield, MA 01940<br>(781) 598-4545 | /s/ James J. Marcellino<br>James J. Marcellino, Esq.<br>(BBO#318840)<br>McDermott Will & Emery LLP.<br>28 State Street<br>Boston, MA 02109<br>(617) 535-4000 |

/s/ Rosann DiPietro
Rosann DiPietro, Esq. (BBO#556685)
Long & Long
21 McGrath Highway, Suite 306
Quincy, MA 02169
(617) 773-9400

BST99 1468638-1 071300 0012